NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1208, -1209

IMATION CORP.,

Plaintiff-Appellant,

v.

KONINKLIJKE PHILIPS ELECTRONICS N.V., U.S. PHILIPS CORPORATION, and
PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,

Defendants/Third-Party
Plaintiffs-Appellees.

v.

MOSER BAER INDIA LIMITED,

Third-Party Defendant-Appellant,

and

GLOBAL DATA MEDIA FZ-LLC, MBI INTERNATIONAL FZ-LLC,
MBI INTERNATIONAL SERVICES PRIVATE LIMITED,
MBI INDIA MARKETING PRIVATE LIMITED, GLYPHICS MEDIA, INC.,
and MEMOREX INTERNATIONAL, INC.,

Third-Party Defendants.

Appeals from the United States District Court for the District of Minnesota in case no.
07-CV-3668, Judge Donovan W. Frank.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

Imation Corp. and Moser Baer India Limited move without opposition to expedite the assignment of this case to an oral argument calendar and to expedite the court's disposition of the appeal.

Because the court's April and May calendars have already been established, this case may be scheduled for the June calendar. The movants have not shown that the court should add another case to those completed calendars. We note that in all likelihood, even without the motion to expedite, the case would have been scheduled on the June calendar.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the limited extent that the appeal will be placed on the court's June calendar.

FOR THE COURT

**APR  2 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 2 2009

JAN HORBALY
CLERK

cc:    Ronald J. Schutz, Esq.
       Marc De Leeuw, Esq.
       Jeffrey G. Randall, Esq.

s20

2009-1208, -1209                    - 2 -